No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for award of fees and expenses granted, and the River Master is awarded a total of $2,632 for the period January 1 through March 31, 1996, to be paid equally by the parties. [For earlier order herein, see, e. g., 516 U. S. 803.]

No. 95–1594. DE BUONO, NEW YORK COMMISSIONER OF HEALTH, ET AL. v. NYSA–ILA MEDICAL AND CLINICAL SERVICES FUND, BY ITS TRUSTEES, BOWERS ET AL. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 95–8919. IN RE LORENZ. Petition for writ of habeas corpus denied.

No. 95–1684. IN RE MELKA MARINE, INC.;
No. 95–1687. IN RE MITRANO; and
No. 95–8500. IN RE DIAS. Petitions for writs of mandamus denied.

No. 95–1455. RENO, ATTORNEY GENERAL v. BOSSIER PARISH SCHOOL BOARD ET AL.; and
No. 95–1508. PRICE ET AL. v. BOSSIER PARISH SCHOOL BOARD ET AL. Appeals from D. C. D. C. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 907 F. Supp. 434.

No. 95–1595. BABBITT, SECRETARY OF THE INTERIOR, ET AL. v. YOUPEE ET AL. C. A. 9th Cir. Certiorari granted.

No. 95–1184. GLICKMAN, SECRETARY OF AGRICULTURE v. WILEMAN BROTHERS & ELLIOTT, INC., ET AL. C. A. 9th Cir. Motions of American Mushroom Institute et al. and National Association of State Departments of Agriculture for leave to file briefs as amici curiae granted. Certiorari granted.